UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER,

                                        Plaintiff,

            -against-

WHALENECK MARINA POWER SPORTS LLC,

                                        Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:22-cv-04146-MKV

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Henry Tucker** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **without prejudice** against Defendant, **Whaleneck Marina Power Sports LLC** since no party has answered or otherwise moved for summary judgment in this action.

Dated: March 13, 2023

                                        The Marks Law Firm, P.C.

                                        By:_____
                                           Bradly G. Marks
                                           The Marks Law Firm, PC
                                           155 E 55th Street, Suite 4H
                                           New York, NY 10022
                                           T:(646) 770-3775